**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**RAZHANE HARRISON**
_______________________________/

**SEALED**
**INDICTMENT**

3:26cr99-MCR

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about February 4, 2026, in the Northern District of Florida, the defendant,

**RAZHANE HARRISON,**

did knowingly dispose of a firearm, to wit, a Glock 9 millimeter pistol, to Marcellous Likely-McWilliams III, knowing and having reasonable cause to believe that Marcellous Likely-McWilliams III had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(8).

FILED USDC FLND PN
JUN 16 '26 PM6:40

Returned in open court pursuant to Rule 6(f)
6/16/2026
Date

United States Magistrate Judge

## CRIMINAL FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**RAZHANE HARRISON,**

in committing and attempting to commit a felony in violation of the laws of the United States, as charged in Count One of this Indictment, perpetrated in whole or in part by the use of a firearm and ammunition, did knowingly possess the firearm and ammunition described above, any and all interest that this defendant has in the firearm and ammunition involved in this violation is vested in the United States

and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 3665.

TRUE BILL:

[redacted]

FOREPERSON

6/16/2026

DATE

JOHN P. HEEKIN
United States Attorney

BROOKE A. DISALVO
Assistant United States Attorney